# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | CASE NO. 1:07-cv-01714-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING |
| v. | |
| D. G. .ADAMS, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Emelito Exmundo ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendants Vella, Hasadsri, Vogel, Johnson, Adams, and Bell ("defendants") removed this action from Kings County Superior Court on November 21, 2007. Defendants request to be relieved of their obligation to respond to the complaint pending screening by the court pursuant to 28 U.S.C. § 1915A. Defendants seek a thirty day extension of time following screening.

Defendants' request is HEREBY GRANTED, and defendants shall have **thirty (30) days** to file a response to the complaint, to commence following screening.

IT IS SO ORDERED.

Dated:   March 31, 2008           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1