IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | 1:07-cv-01714-LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| VELLA, et al., | (DOCUMENT #17) |
| Defendants. | THIRTY-DAY DEADLINE |
| _____/ | |

On October 29, 2008, plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is GRANTED **thirty (30) days** from the date of service of this order within which to file his amended complaint.


IT IS SO ORDERED.

**Dated:   November 6, 2008**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE